UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT MARTINEZ, | No. C-12-03736 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| CALIFORNIA HIGHWAY PATROL, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for October 17, 2012 at 1:30 p.m. before this court in the above-entitled case. Plaintiff was not present. Defendants were not present, but it appears that Defendants have not yet been served.

IT IS HEREBY ORDERED that Plaintiff show cause in writing **by no later than October 31, 2012** why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on October 17, 2012 and for failure to prosecute this case.

IT IS SO ORDERED.

Dated: October 18, 2012



_____
DONNA M. RYU
United States Magistrate Judge