**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT MARTINEZ,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CALIFORNIA HIGHWAY PATROL,<br><br>    Defendant(s).<br>_____ / | No. C-12-03736 DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

    On October 18, 2012, the court issued an Order to Show Cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on October 17, 2012 and for failure to prosecute this case. [Docket No. 8.] The court is in receipt of Plaintiff's response to the Order to Show Cause. The Order to Show Cause is hereby discharged.

    The Initial Case Management Conference is set for **December 19, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **December 12, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

    IT IS SO ORDERED.

Dated: October 31, 2012




DONNA M. RYU
United States Magistrate Judge