United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY SCOTT MARTINEZ,

Plaintiff,

v.

CALIFORNIA HIGHWAY PATROL, et al.

Defendants.

No. C 12-3736 MMC

**ORDER TO SHOW CAUSE**

On February 8, 2013, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action. Counsel for defendants appeared.

Accordingly, plaintiff is hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than February 22, 2013, why the case should not be dismissed for failure to prosecute.

If plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: February 8, 2013

MAXINE M. CHESNEY
United States District Judge