IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY SCOTT MARTINEZ,          No. C-12-3736 MMC

    Plaintiff,          **ORDER OF DISMISSAL**

  v.

CALIFORNIA HIGHWAY PATROL, et al.,

    Defendants.

      On February 8, 2013, plaintiff Gregory Scott Martinez failed to appear as ordered at a regularly-scheduled Case Management Conference. The Court, by order filed February 8, 2013, directed plaintiff to show cause, in writing and no later than February 22, 2013, why the above-titled action should not be dismissed for failure to prosecute. The Court advised plaintiff that if he failed to respond, the case would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff failed to respond to the Court's order to show cause.

      Accordingly, the above-titled action is hereby DISMISSED for failure to prosecute, pursuant to Rule 41(b).

      **IT IS SO ORDERED.**

Dated: February 28, 2013

                                    MAXINE M. CHESNEY
                                    United States District Judge