IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY SCOTT MARTINEZ,

        Plaintiff,

  v.

CALIFORNIA HIGHWAY PATROL, et al.,

        Defendants.
                                        /

No. CV-12-3736 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The above-titled action is hereby DISMISSED for failure to prosecute pursuant to Rule 41(b).

Dated: February 28, 2013                                Richard W. Wieking, Clerk

                                                                         By: Tracy Lucero
                                                                         Deputy Clerk